UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TREVOR JAMES CARRIER,<br>      Petitioner,<br>-v-<br>DEWAYNE BURTON,<br>      Respondent. | No. 1:19-cv-723<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed the claims raised in Trevor Carrier's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 26, 2021          /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge